UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

MULTISPECIALTY DEVELOPMENT,             CASE NO.  12-07918 (EAG)
CORP.

     Debtor                             CHAPTER 11

OBJECTION TO PROOF OF CLAIM NUMBER 1 FILED BY
URBAN VENTURE GROUP, P.S.C.

TO THE HONORABLE COURT:

COMES NOW Debtor through its undersigned counsel and objects to Urban

Venture Group, P.S.C.'s ("Urban") proof of claim number 1 for $476,862.48, filed as

a general unsecured claim for architectural and engineering services, inasmuch as

the amount claimed is not owed by Debtor. Debtor only owes Urban $92,250.00, as

per the Judgment entered in Case Number JAC2011-0663 by the Court of First

Instance of Puerto Rico, Ponce Section.

NOTICE

Within thirty (30) days after service as evidenced by the certification, and an

additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by

mail, any party against whom this objection has been served, or any other party to

the action who objects to the relief sought herein, shall serve and file an answer or

other appropriate response to this objection with the Clerk's office of the U.S.

Bankruptcy Court for the District of Puerto Rico. If no answer or other response is

filed within the time allowed herein, the objection will be deemed unopposed and

may be granted unless: (i) the requested relief is forbidden by law; (ii) the

**Multispecialty Development Corp.**
*Objection to Proof of Claim Number 1*
*Filed by Urban Venture Group, PSC*

Case No. 12-07918 (EAG)

Page 2

requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

WHEREFORE, it is respectfully requested that the instant objection be granted and that proof of claim number 1 be allowed for $95,250.00, with the balance disallowed.

CERTIFICATE OF SERVICE:   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee and to all CM/ECF participants, and by regular mail to Urban Venture Group, P.S.C. c/o Jorge R. Calderón López, Esq., PO Box 9024098, San Juan, PR 00902-4098.

San Juan, Puerto Rico, this 9th day of January, 2013.

s/CHARLES A. CUPRILL-HERNANDEZ
USDC-PR 114312
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, Puerto Rico 00901
Tel:  787-977-0515
Fax:  787-977-0518
E-mail:  ccuprill@cuprill.com