**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

# Minute Entry

## Hearing Information:

**Debtor**: MULTISPECIALTY DEVELOPMENT CORP
**Case Number**: 12-07918-EAG11                            **Chapter:** 11
**Date / Time / Room**: 1/10/2013 9:30 Amy
**Bankruptcy Judge**: EDWARD A. GODOY
**Courtroom Clerk**: IVONNE CANALES
**Reporter / ECR**: LORI A. RODRIGUEZ

## Matter:

STATUS CONFERENCE CH 11 CASE

## Appearances:
CHARLES ALFRED CUPRILL
CHARLES ALFRED CUPRILL
JOSE DIAZ

## Proceedings:

Small Business: **NO**      Nature of Business: **Not engage in business**

Reasons filing bankruptcy: **Not able to obtain the necessary financing for the medical facilities project** _____Cash flow problem
_____Stop an eviction process _____Stop an execution of a Judgement

Others: _____
Time table to file Disclosure Statement and the Plan : **2/1/2013**
Hearing on Disclosure Statement and/or Confirmation of Plan set for:

Estimated professional fees: **$25,000.-50,000.**

Anticipated significant event: The determination by the Court of Urban Venture Gruop, PSC's claim

Need for future status conference: Yes ____ No _X___ Rescheduled for: _____

New 341 meeting scheduled for: closed

Application for employment of professional:

Order:

**Debtor is ordered to file its Disclosure Statement and Plan on / or before 2/1/2013.**

/S/EDWARD A. GODOY
U.S. Bankruptcy Judge